UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT FILED DEC 30 2025 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

UNITED STATES OF AMERICA *ex rel.*
MICHAEL PILAT and
PHILIP MANISCALCO,

Plaintiffs,

17-CV-136 (JLS) (LGF)

v.

AMEDISYS, INC.,

Defendant.

**DECISION AND ORDER**

This case involves False Claims Act claims by Relators Michael Pilat and Philip Maniscalco against their former employer, Defendant Amedisys, Inc. This Court denied Amedisys's motion to dismiss the fourth amended complaint on November 4, 2024.[1] Dkt. 88. Thereafter, this Court referred the case to United States Magistrate Judge Leslie G. Foschio for all proceedings under 18 U.S.C. §§ 636(b)(1)(A), (B), and (C). Dkt. 89.

Relators moved to compel Amedisys's document production. Dkt. 116. Amedisys responded (Dkt. 118), and Relators replied (Dkt. 117). Judge Foschio issued a decision and order granting Relators' motion in its entirety. Dkt. 120.

[1] The Court followed that order with a written decision explaining its reasons for denying the motion to dismiss on February 7, 2025. Dkt. 105.

Amedisys objected to the decision and order, arguing that this Court must reverse because: (1) this Court already determined that Relators did not allege substantive, specific facts related to any state other than New York; (2) the decision and order erroneously considered allegations in non-party declarations related to non-adjudicated, now-dismissed complaints; and (3) Relators did not allege sufficient facts to support nationwide discovery over a ten-year period. *See* Dkt. 124. Relators responded (Dkt. 126), and Amedisys replied (Dkt. 127).

A district court may reverse a magistrate judge's decision and order on a non-dispositive motion that is "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A). A finding is "clearly erroneous if[,] 'although there is evidence to support it, the reviewing court on the entire evidence is left with the definite and firm conviction that a mistake has been committed.'" *Atl. Specialty Ins. Co. v. Coastal Env't Grp. Inc.*, 945 F.3d 53, 63 (2d Cir. 2019) (citation modified). A magistrate judge's ruling is "contrary to law" if it fails to apply or misapplies relevant statutes, case law, or rules of procedure. *See, e.g., In re Hulley Enters. Ltd.*, 400 F. Supp. 3d 62, 70 (S.D.N.Y. 2019) (citation modified).

The Court reviews Amedisys's objections here under the "clearly erroneous or contrary to law" standard.[2] It has studied the objections and accompanying briefing, the decision and order, and the relevant record. That careful review reveals no clear error and no outcome that is contrary to law. This Court, therefore, affirms the decision and order and overrules Amedisys's objections.

---

[2] The parties agree that this standard of review applies. *See* Dkt. 124, at 12; Dkt. 126, at 12–13.

## CONCLUSION

For the reasons stated above and in the decision and order, the Court affirms the decision and order (Dkt. 120) and grants Relators' motion to compel (Dkt. 116) in its entirety. The case remains referred to Judge Foschio for further proceedings, pursuant to the referral order at Dkt. 89.

SO ORDERED.

Dated: December 30, 2025
Buffalo, New York

JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE